# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4063
_____

PHILLIP ARNEZ BENJAMIN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

August 23, 2019

PER CURIAM.

Upon review pursuant to *Anders v. California*, 386 U.S. 738 (1967), we find no error with Appellant's judgment or sentence, and affirm. We write only to correct a scrivener's error on Appellant's Criminal Punishment Code Scoresheet. Appellant was found guilty by jury verdict, but his scoresheet incorrectly indicates that the charges were resolved by plea. On remand, the trial court shall correct this error. *See, e.g.*, *Carter v. State*, 173 So. 3d 1048, 1051 (Fla. 1st DCA 2015) (affirming judgment but remanding for correction of scrivener's error where scoresheet incorrectly indicated plea instead of trial).

Judgment AFFIRMED and cause REMANDED for correction of scrivener's error.

LEWIS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Phillip Arnez Benjamin, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.